**Patricia SHOCKEY, Appellant,**

v.

**TRENTON R–IX SCHOOL DISTRICT, Employer/Respondent,**

**and**

**Hartford Accident and Indemnity Company and Wausau Insurance Companies, Insurers/Respondents.**

**No. WD46155.**

Missouri Court of Appeals,
Western District.

Dec. 1, 1992.

Michael J. Gallager, Kansas City, for appellant.

Robert A. Bailey, Jackson & Bailey, Kansas City, for Trenton R–IX School Dist. and Hartford Acc. & Indem. Co.

Matthew J. Stretz, Merrick, Baker, Fox, Hufft & Strauss, Kansas City, for Trenton R–IX School Dist. and Wausau Ins. Companies.

Before FENNER, P.J., and TURNAGE and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from decision of the Labor and Industrial Relations Commission denying Workers' Compensation benefits. Affirmed. Rule 84.16(b).

**Dennis OWENS, Respondent,**

v.

**Krishna RAJANNA, M.D. and KRR Investments, Inc., Appellants.**

**No. WD 45976.**

Missouri Court of Appeals,
Western District.

Dec. 1, 1992.

Krishna Rajanna, pro se.

Dennis Owens, pro se.

Before LOWENSTEIN, C.J., and SHANGLER and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from summary judgment in action for declaratory judgment.

Summary judgment is affirmed. Rule 84.16(b).

Respondent's motion for frivolous appeal damages is denied.